COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EDUCATION FUTURES GROUP, LLC, D.B.A. VISTA COLLEGE, CERTIFIED CAREER INST., LLC, AND COMPUTER CAREER CENTERS LP, | § § § | No. 08-11-00196-CV Appeal from the |
| Appellants, | § | 120th Judicial District Court |
| v. | § | of El Paso County, Texas |
|  | § | (TC# 2010-3649) |
| JOANNE MARTINEZ, | § |  |
| Appellee. | § |  |

**<u>MEMORANDUM OPINION</u>**

Appellants have filed an unopposed motion to dismiss this appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and the appeal is dismissed. Costs of appeal are assessed against Appellants. *See* TEX.R.APP.P. 42.1(d).


November 21, 2011

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., River, and Antcliff, JJ.